# EXHIBIT 5