# Reiss Sheppe LLP

ATTORNEYS AT LAW

MATTHEW SHEPPE
STEPHEN FRIEDMAN
AMIR KORNBLUM
DORAN GOLUBTCHIK

HOWARD R. REISS – RETIRED SENIOR COUNSEL

ERIC J. VARDI

ELLIOT WEISELBERG

425 MADISON AVENUE, FLOOR 19
NEW YORK, NEW YORK 10017
TELEPHONE: (212) 753-2424
FAX: (212) 753-3829

November 27, 2023

**BY E-MAIL**

Hon. Cathy Seibel
United States District Judge
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

    re: *Chester Park View, LLC, et al. v. Schlesinger, et al.*, 23 Civ. 5432 (CS)

Judge Seibel:

    As counsel for Plaintiffs, I write to request an extension of time to submit Plaintiffs' Memorandum of Law in Opposition to Defendants' Motions to Dismiss as well as Plaintiffs' Reply Memorandum. Pursuant to Part 1(E) of the Court's Individual Rules and Practice, I submit the following:

(1)    No previous request for an extension has been made.

(2)    Opposing Counsel consents to the request.

(3)    The reason for the request of a one-week extension for Plaintiffs' Opposition Brief is that the primary attorney drafting the brief has been dealing with his own and his child's respiratory illness throughout the last two weeks and I am currently sick;

(4)    The reason for the extension for Defendants' Reply Brief is so the briefing schedule does not conflict with the holiday schedule at the end of December; and

(5)    The parties jointly request that the due dates be reset so that:

- Plaintiffs' Memoradum of Law in Opposition to Defendants' Motion to Dismiss is due Monday, December 11, 2023 (currently due December 4, 2023); and

- Defendants' Reply Memoradum of Law is due Friday, January 8, 2024 (currently due Friday, December 22, 2023).

Hon. Cathy Seibel
November 27, 2023
Page 2 of 2

    The parties appreciate the Court's time and consideration of this request.

                                         Very truly yours,

                                         Matthew Sheppe

cc:    *all parties served by CM/ECF*