**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------------------X
CHESTER PARK VIEW, LLC, and LAZAR
OSTREICHER,

                                 Plaintiffs,                     **Notice of Motion**
                                                                        23-cv-05432-CS

        v.

BEN SCHLESINGER, MARVIN
LIPSCHITZ, a/k/a MARVIN LIPSHUTZ,
MORDECHAI BECK and MEIR BERGER

                                 Defendants.
---------------------------------------------------------------------------X

SIRS:

       PLEASE TAKE NOTICE that upon the annexed declaration of John W. Mitchell, Esq., co-counsel to the Defendants Rabbi Mordechai Beck and Meir Berger (hereafter the "Defendants"), and upon the Notice of Motion and the Memorandum of Law submitted herewith, and upon Plaintiffs' First Amended Complaint ("FAC") and all prior proceedings heretofore had herein, the undersigned counsel will move this Court, before the Honorable Cathy Seibel, United States District Court Judge for Southern District of New York, at the Hon. Charles L. Brieant Jr. United States Courthouse, located at 300 Quarropas Street, White Plains, NY 10601, on a date and time to be set by the Court, for an Order imposing sanctions, pursuant to Rule 11(c) of the Federal Rules of Civil Procedure, 28 U.S.C. 1927 and the inherent and supervisory powers of this Court, against Plaintiffs, Chester Park View LLC and Lazar Ostreicher and their counsel Matthew Henry Sheppe, Esq., and directing, *inter alia*, that Plaintiffs and their counsel be ordered to pay to the Defendant, all attorney fees and other expenses and costs expended in the defense of Plaintiffs' frivolous law suit; and for such other and further relief as to this Court may seem just and proper.

Dated: Bedford, New York
       September 26, 2023

| Hodges Walsh & Burke, LLP | Law Office of John W. Mitchell |
|---|---|
| /s/ *Michael K. Burke* | /s/ *John W. Mitchell* |
| By: Michael Kennedy Burke, Esq. | By: John W. Mitchell, Esq. 8382 |
| Co-Counsel to the Defendants | Co-Counsel to Defendants |
| RABBI MORDECHAI BECK and | RABBI MORDECHAI BECK and |
| MEIR BERGER | MEIR BERGER |
| Hodges Walsh & Burke, LLP | Law Offices of John W. Mitchell |
| 55 Church Street, Suite 211 | P.O. Box 163 |
| White Plains, NY 10601 | Bedford, New York 10506 |
| Phone: (914) 385-6000 | New York, NY 10036 \| |
| Fax: (914) 385-6060 | Office: (914) 234-6260 |
| mburke@hwb-lawfirm.com | Cell: (917) 887-7420 |
| | Email: lawofficejwm@gmail.com |

To:
The Honorable Cathy Seibel
United States District Judge
Southern District of New York

Clerk of The Court
Southern District of New York

Via Email:
Matthew Henry Sheppe, Esq.
Reiss Sheppe LLP
Counsel to Plaintiffs
CHESTER PARK VIEW, LLC, and
LAZAR OSTREICHER
425 Madison Avenue
19th Floor
New York, NY 10017
212-753-2424
Fax: 347-348-0731
Email: msheppe@reisssheppe.com

- 3 -

Via Email:
Jeremy Leonard Gutman, Esq.
Counsel to the Defendants
BEN SCHLESINGER and MARVIN LIPSCHITZ
521 Fifth Avenue, 17th Floor
New York, NY 10175
(212) 644-5200
Fax: (212) 579-9570
Email: jgutman@jeremygutman.com