# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X

CHESTER PARK VIEW, LLC, and
LAZAR OSTREICHER,

                            Plaintiffs,

          -against-                                         23 **CIVIL** 5432 (CS)

                                                   **<u>JUDGMENT</u>**

BEN SCHLESINGER, MARVIN
LIPSCHITZ, a/k/a MARVIN LIPSHUTZ,
MORDECHAI BECK, and MEIR BERGER,

                            Defendants.

---------------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Opinion and Order dated May 29, 2024 Defendants' motions to dismiss are

GRANTED and Defendants' motions for sanctions are DENIED. Plaintiffs' federal RICO claims

are dismissed with prejudice. Plaintiffs' state law breach of contract and fraud claims are

dismissed without prejudice; accordingly, the case is closed.

**Dated:** New York, New York

      May 29, 2024

                                         **RUBY J. KRAJICK**

                              _____

                                      **Clerk of Court**

             **BY:**    _____

                                       **Deputy Clerk**